it is written a garage would be an individual or a citizen.

It will be noticed that in certifying the compilation of the acts of the Legislature to be as they appear before him and of record in his office, the secretary of state, among other things, states:

"The laws printed in this volume are true copies of the enrolled bills received in the office of the secretary of state after their approval by the Governor.

"Grammatical errors, misspelled words, punctuation, duplications, etc., appearing herein, are in strict compliance with the law which requires that the printed acts of the Legislature be true copies of the enrolled bills, and are not the result of carelessness on the part of proof readers or printers.

"The public can have access at any time to the original bills filed in this office."

This is not intended to be a criticism of the Legislature for the matters indicated in said note, but as a protection to the secretary of state and those who had charge of publishing bills passed by the Legislature. So it will be seen from the above statement that this act is precisely as the Legislature passed it with whatever grammatical errors, inaccuracies, or incongruities there may be in it. So there was no mistake in placing the act as approved by the Governor into the acts of the Legislature as reported by the secretary of state.

The judgment will be reversed, and the prosecution ordered dismissed.

---

PEACE v. STATE. (No. 4559.)

(Court of Criminal Appeals of Texas. June 27, 1917.)

CRIMINAL LAW �köö1090(1)—APPEAL AND ERROR—RECORD.

On an appeal from a conviction for arson with lowest penalty assessed, nothing is presented for review in the absence of a statement of facts or bill of exceptions.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2804.]

Appeal from District Court, Hill County; Horton B. Porter, Judge.

Bert Peace was convicted of arson, and appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. This is an appeal from a conviction for arson with the lowest penalty assessed, and neither a statement of facts nor bill of exceptions. In the absence of these nothing is presented for review.

The judgment is affirmed.